UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JUNNE KOH,

    Petitioner,

    v.

UNITED STATES OF AMERICA,

    Respondent.

CASE NO. C18-684RSM

MINUTE ORDER

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On June 27, 2019, the Court received a letter request for reconsideration from Petitioner. Dkt. #26. Substantively, the request appears to be identical to a prior filing which the Court construed as a Motion for Reconsideration.[1] *See* Dkt. #24. The Court struck that filing as untimely and substantively deficient. *See* Dkt. #25. Because the filings are substantively identical, all the reasons that the Court cited in striking Petitioner's first filing apply equally to the Petitioner's second filing. In additional, Petitioner's second filing is procedurally improper as a duplicative filing of the same motion.

---

[1] The only differences that were evident to the Court were differences in the handwritten request addressed to Judge Martinez at the top of the page and the handwritten identification of the case at the bottom of the page. *Compare* Dkt. #24 *with* Dkt. #26.

MINUTE ORDER – 1

Accordingly, and for all these reasons, the Court STRIKES Petitioner's second letter request for reconsideration (Dkt. #26) as procedurally improper. The Clerk of the Court is directed to forward a copy of this Minute Order to Petitioner.

Dated this 1 day of July, 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 2