UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JUNNE KOH, | CASE NO. C18-684 RSM |
| Petitioner, | MINUTE ORDER |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondent. | |

The following MINUTE ORDER is made by direction of the Court, the Honorable Ricardo S. Martinez, Chief United States District Judge:

On July 8, 2019, Petitioner sent a third letter requesting reconsideration. Dkt. #28. Petitioner's letter presents nothing new and merely pleads with the Court to reverse course without any legal basis. *Id.* Plaintiff's repeated requests for reconsideration lack a basis in the rules and, as the Court has repeatedly noted, are untimely. Dkts. #25 and #27. Accordingly, the Court STRIKES Petitioner's third letter request for reconsideration (Dkt. #28) as procedurally improper. The Clerk of the Court is directed to forward a copy of this Minute Order to Petitioner.

Dated this 25th day of July 2019.

WILLIAM McCOOL, Clerk

By: /s/ Paula McNabb
Deputy Clerk

MINUTE ORDER – 1